# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

═══════════════
## NO. 03-05-00771-CV
═══════════════


**Accromedia Group, Inc.; Jim F. Faile; Dream Girls, Inc.; E! Entertainment Television International Holding, Inc.; E! Networks; E! Entertainment Television; and E! Online, Appellants**

**v.**

**Amber Kulhanek, Appellee**


════════════════════════════════════════════════════════════════════
**FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
NO. 01-0505, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING**
════════════════════════════════════════════════════════════════════


## M E M O R A N D U M   O P I N I O N


Appellants filed two unopposed motions to abate this appeal, stating that the parties have agreed to settle this case. Accordingly, we grant appellants' motions and abate this appeal pending a filing of a motion to dismiss. The parties are to file a status report with this Court by May 8, 2006, if they are unable to finalize a settlement agreement by that date.


_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Filed:  March 10, 2006